THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA SCHROEDER, | : | |
| Plaintiff, | : | |
| v. | : | 3:16-CV-464 |
| | : | (JUDGE MARIANI) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 25th DAY OF SEPTEMBER, 2017, upon review of Magistrate Judge Schwab's Report & Recommendation (Doc. 22) for clear error or manifest injustice,[1]

**IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 22) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] The Government advised the Court that it waives the opportunity to object to this Report and Recommendation. (*See* Doc. 23).